UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| NICHOLAS FINLEY,<br><br>  *Plaintiff*,<br><br>v.<br><br>BOSCH HEALTH LLC,<br><br>  *Defendant*. | Civil Action No.: 3:25-cv-18505-MAS-TJB<br><br>**CERTIFICATION OF COUNSEL FOR ADMISSION PRO HAC VICE OF MATTHEW W.H. WESSLER PURSUANT TO L.CIV. R.101.1(c)(1)** |

I, Matthew W.H. Wessler, a lawyer who is not a member of the bar of this district, submits his Certification of Counsel to be admitted to appear in this case pro hac vice on behalf of Plaintiff, Nicholas Finley. I further state that I will comply with the associate counsel requirements of L.Civ.R. 101.1 by associating with Max S. Morgan, an attorney who has been admitted to the bar of this district under L.Civ.R. 101.1 and who is appearing on behalf of Plaintiff, Nicholas Finley.

1. I state that I am currently admitted to practice in the following jurisdictions:

| BAR | ADMISSION DATE | GOOD STANDING |
|---|---|---|
| The District of Columbia | 12/8/2008 | Yes |
| The State of Massachusetts | 5/12/2006 | Yes |

| | | |
|---|---|---|
| The United States District Court for the District of Columbia | 4/4/2011 | Yes |
| The United States District Court for the District of Massachusetts | 8/18/2021 | Yes |
| The Supreme Court of the United States | 3/8/2010 | Yes |
| The United States Court of Appeals for the First Circuit | 11/3/2015 | Yes |
| The United States Court of Appeals for the Second Circuit | 10/10/2014 | Yes |
| The United States Court of Appeals for the Third Circuit | 6/8/2006 | Yes |
| The United States Court of Appeals for the Fourth Circuit | 5/8/2014 | Yes |
| The United States Court of Appeals for the Fifth Circuit | 3/27/2023 | Yes |
| The United States Court of Appeals for the Sixth Circuit | 8/27/2018 | Yes |
| The United States Court of Appeals for the Seventh Circuit | 3/22/2019 | Yes |
| The United States Court of Appeals for the Eighth Circuit | 9/11/2015 | Yes |

| | | |
|---|---|---|
| The United States Court of Appeals for the Ninth Circuit | 12/4/2009 | Yes |
| The United States Court of Appeals for the Tenth Circuit | 9/3/2014 | Yes |
| The United States Court of Appeals for the Eleventh Circuit | 8/26/2022 | Yes |
| The United States Court of Appeals for the D.C. Circuit | 8/31/2018 | Yes |

2. I further state that are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

3. I am entering my appearance on behalf of Plaintiff, Nicholas Finley.

4. I agree to abide by the applicable rules of the court.

5. I certify that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Date: March 11, 2026

Matthew W.H. Wessler
GUPTA WESSLER LLP
2001 K Street NW, Suite 850
Washington, DC
Tel: 202-888-1741
Email: matt@guptawessler.com