**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| NICHOLAS FINLEY,<br><br>   *Plaintiff,*<br><br> v.<br><br>BOSCH HEALTH LLC,<br><br>   *Defendant.* | Civil Action No.: 3:25-cv-18505-MAS-TJB<br><br>~~PROPOSED~~ **ORDER GRANTING ADMISSION PRO HAC VICE OF JESSICA GARLAND PURSUANT TO L.CIV. R.101.1(c)(1)** |

This matter having been brought before the Court on application for an Order for Admission *Pro Hac Vice* of Jessica Garland and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R. 101.1, and good cause having been shown; it is

**ORDERED** that Jessica Garland be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.l(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

**ORDERED** that the applicant shall arrange with the New Jersey Lawyer's Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L.Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

**ORDERED** that the $250.00 fee required by D.N.J. L.Civ. R. 10l(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

> United States District Court
> District of New Jersey
> Clarkson S. Fisher Building
> & U.S. Courthouse
> 402 East State Street
> Trenton, NJ 08608
> Attention: Pro Hac Vice Admissions

and it is further **ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey.

Date: March 12, 2026

s/Tonianne J. Bongiovanni
HON. TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

[Docket Entry No. 16 is terminated.]