Max S. Morgan, Esq.
THE WEITZ FIRM, LLC
1515 Market Street #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

Anthony Paronich, Esq.*
PARONICH LAW, P.C.
350 Lincoln Street
Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

*admitted *pro hac vice*

(*Additional counsel listed on signature page*)

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| NICHOLAS FINLEY, *on behalf of himself and others similarly situated*,<br><br>    *Plaintiff*,<br><br>    v.<br><br>BOSCH HEALTH LLC,<br><br>    *Defendant*. | Civil Action No. 3:25-CV-18505-MAS-TJB<br><br>Hon. Michael A. Shipp |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL**
**AUTHORITY IN SUPPORT OF HIS RESPONSE**
**IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

1

Plaintiff Nicholas Finley ("Plaintiff") submits this Notice of Supplemental Authority to advise the Court of a recent decision relevant to the Court's consideration of Defendant's Motion to Dismiss the Complaint (ECF No. 8).

On March 31, 2026, Judge Martini of this Court issued an opinion on a motion to dismiss in *Rubin v. Staples, Inc.*, No. 2:25-cv-4515, 2025 U.S. Dist. LEXIS 70359 (D.N.J. Mar. 31, 2026) (Attached as **Exhibit "A"**).  In the opinion, Judge Martini concluded that the term "'telephone call' can encompass text messages for purposes of § 227(c)(5) and 47 C.F.R. § 64.1200(d)." *Id.* at *17.

On April 6, 2026, the United States District Court for the Eastern District of Pennsylvania issued an opinion on a motion to dismiss in *Newell v. Child.'s Dental Health Assocs., LLC,* No. 25-cv-5238, 2026 U.S. Dist. LEXIS 74360 (E.D. Pa. Apr. 6, 2026) (Attached as **Exhibit "B"**). The court "agree[d] with the FCC and many courts that have considered the question that the statutory language 'calls' includes text messages." *Id.* at §26.

Plaintiff respectfully requests that the Court consider this authority in evaluating Defendant's Motion to Dismiss.

Dated: April 6, 2026                                    Respectfully Submitted,

s/ Max S. Morgan
MAX S. MORGAN
THE WEITZ FIRM, LLC
1515 Market Street
Ste #1100
Philadelphia, PA 19102

(267) 587-6240
max.morgan@theweitzfirm.com

ANTHONY PARONICH*
PARONICH LAW, P.C.
350 Lincoln Street
Suite 2400
Hingham, MA 02043
*anthony@paronichlaw.com*

MATTHEW W.H. WESSLER*
JESSICA GARLAND**
GUPTA WESSLER LLP
2001 K Street NW
Suite 850 North
Washington, DC 20006
matt@guptawessler.com

*Counsel for Plaintiff*

*admitted pro hac vice

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court in the Court of New Jersey by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*s/ Max S. Morgan*
MAX S. MORGAN
