**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NICHOLAS FINLEY, | |
| Plaintiff, | Civil Action No. 3:25-cv-18505-MAS-TJB |
| v. | **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |
| BOSCH HEALTH LLC, | **Motion Day: May 4, 2026** |
| Defendants. | |

**NOTICE OF MOTION TO WITHDRAW**

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 102.1 of the United States District Court for New Jersey and upon the Declaration of Thomas M. Kenny, the law firm of Spiro Harrison & Nelson ("SHN"), respectfully moves this Court for an order granting SHN leave to withdraw as attorneys of record for Defendant Bosch Health LLC ("Defendant"), together with such other and further relief as to this Court may seem just and proper.

Dated: April 7, 2026

**SPIRO HARRISON & NELSON**

*/s/ Thomas M. Kenny*

Thomas M. Kenny
363 Bloomfield Avenue, Suite 2C
Montclair, NJ 07042
Telephone: 973-232-0890
tkenny@shnlegal.com