## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

NICHOLAS FINLEY,

    Plaintiff,

    v.

BOSCH HEALTH LLC,

    Defendant.

Civil Action No. 3:25-cv-18505-MAS-TJB

**Motion Day: May 4, 2026**

## DECLARATION IN SUPPORT OF MOTION TO WITHDRAW

I, Thomas M. Kenny, declare the following under the penalty of perjury:

1.    I am a partner at the law firm of Spiro Harrison & Nelson ("SHN"), counsel to Defendant Bosch Health LLC ("Defendant") in the above-entitled action.

2.    I respectfully submit this declaration in support of the motion of SHN to withdraw as counsel for Defendant. I make this declaration upon personal knowledge gleaned from my review of the record and conversations with my team.

3.    This motion is proper under pursuant to Local Civil Rule 102.1 of the United States District Court for New Jersey. If the Court needs additional information to grant this Motion, we request the opportunity to supplement this Declaration *in camera*.

4.    On April 1, 2026, Briones PC, the law firm that was representing Defendant and retained Spiro as local counsel in this matter, notified Defendant that it would be moving to withdraw from representing Defendant if a substantial balance for attorneys' fees and costs, which remains open and include SHN's fees and costs, was not resolved. As of the filing of this Motion, Defendant has failed to pay its outstanding attorneys' fees. Prior to terminating its representation, Briones PC reached out to Defendant regarding its unpaid invoices on March 13, 20, and 27 (in

SHN\1044006.1

addition to regular invoices).

5.      Briones PC has served as lead counsel in this case, including with the client relationship, and SHN has assisted as local counsel.  Defendant has failed to pay its attorneys' invoices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 7, 2026, at Montclair, New Jersey.

/s/ Thomas M. Kenny
Thomas M. Kenny

SHN\1044006.1