# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

NICHOLAS FINLEY,

    Plaintiff,

    v.

BOSCH HEALTH LLC,

    Defendants.

Civil Action No. 3:25-cv-18505-MAS-TJB

## ORDER

WHEREAS, on April 7, 2026, the law firm of Spiro Harrison & Nelson ("SHN") filed its Motion to Withdraw as Attorneys of Record for Defendant Bosch Health LLC (the "Motion").

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. SHN is granted leave to withdraw as attorneys of record.

Dated:

_____
Judge Tonianne J. Bongiovanni
United States District Judge

SHN\1044008.1