DNJ-CMECF-002 (Rev. 6/2025)

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| Nicholas Finley<br><br>Plaintiff(s),<br><br>v.<br><br>Bosch Health LLC<br><br>Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No. 3:25-cv-18505-MAS-TJB |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Jessica Garland

Firm: Gupta Wessler LLP

Address: 2001 K Street NW

Suite 850 North

Washington, DC

Email: jessie@guptawessler.com

Phone: 202-888-1741

Admitted on behalf of: plaintiff, Nicholas Finley