Max S. Morgan, Esq.
THE WEITZ FIRM, LLC
1515 Market Street #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

Anthony Paronich, Esq.*
PARONICH LAW, P.C.
350 Lincoln Street
Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

*admitted *pro hac vice*

(*Additional counsel listed on signature page*)

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| NICHOLAS FINLEY, *on behalf of himself and others similarly situated*, <br><br> *Plaintiff*, <br> v. <br><br> BOSCH HEALTH LLC, <br><br> *Defendant*. | Civil Action No. 3:25-CV-18505-MAS-TJB <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** <br><br> *Document Electronically Filed* |

**PLEASE TAKE NOTICE** that Jessica Garland, Esq. hereby withdraws as counsel of record for Plaintiff Nicholas Finley in this action, and requests that the Clerk of Court withdraw her appearance in tis case. The undersigned attorney, as

1

well as Anthony Paronich, Esq. and Matthew W.H. Wessler, who have appeared on

Plaintiff's behalf will continue to represent Plaintiff Nicholas Finley in this action.

Dated: June 11, 2026

SO ORDERED.

 s/Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni
United States Magistrate Judge

Dated: June 24, 2026

Respectfully Submitted,

*s/ Max S. Morgan*
MAX S. MORGAN
THE WEITZ FIRM, LLC
1515 Market Street
Ste #1100
Philadelphia, PA 19102
(267) 587-6240
max.morgan@theweitzfirm.com

ANTHONY PARONICH*
PARONICH LAW, P.C.
350 Lincoln Street
Suite 2400
Hingham, MA 02043
*anthony@paronichlaw.com*

MATTHEW W.H. WESSLER*
GUPTA WESSLER LLP
2001 K Street NW
Suite 850 North
Washington, DC 20006
matt@guptawessler.com

*Counsel for Plaintiff*

*admitted pro hac vice

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court in the Court of New Jersey by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*s/ Max S. Morgan*
MAX S. MORGAN
